IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 5:15-CR-00183-J-1 |
| | ) | CASE NO. 5:22-CR-00232-HE-2 |
| Octavio Juan Sanchez | ) | |
| Defendant. | ) | |
| | ) | |

## **NOTICE**

Please take notice that the above-named defendant was charged by way of Indictment in this District on July 22, 2021, Docket Number 4 in Case No 5:15-CR-00183-J-1. On June 8, 2022, the defendant was named in an Indictment in Case No. 5:22-CR-00232-HE-2.

Respectfully submitted by,

Katherine Fye
Supervisory U.S. Probation Officer
July 8, 2022